### SHAWNEE GAS & ELECTRIC CO. v. CORPORATION COMMISSION.

No. 14471—Opinion Filed Feb. 10, 1925.

Rehearing Denied June 30, 1925.

#### Gas—Public Service—Rates and Rebates.

The syllabus in the case of Oklahoma Natural Gas Co. v. Corporation Commission of the State of Oklahoma et al., No. 14236, this day decided, 111 Okla. 6, 237 Pac. 838, is adopted as the syllabus in th's case.

(Syllabus by Stephenson, C.)

Commissioners' Opinion. Division No. 4.

Appeal by the Shawnee Gas & Electric Company from order of the Corporation Commission. Order reversed and remanded, with directions.

Lydick & Wilson, for plaintiff in error.

Humphrey & Campbell and Ames, Lowe, Richardson & Cochran. for Oklahoma Natural Gas Company.

E. S. Ratliff, for Corporation Commission.

Tom C. Waldrep and Mark Goode, for consumers of the City of Shawnee.

Iris C. Saunders. for the City of Shawnee.

Opinion by STEPHENSON, C. The case

of Oklahoma Natural Gas Co. v. Corporation Commission of the State of Oklahoma et al., No. 14236, this day decided, operates to cause the reversal of this appeal for further proceedings in accordance with the views expressed in the Oklahoma Natural Gas Company case, first mentioned herein.

By the Court: It is so ordered.